1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
3 | Designated Counsel for Service
801 I Street, 3rd Floor
4 | Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RODRIGO GONZALES-PALMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-09-157 GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) |
| RODRIGO GONZALES-PALMAS, | ) Date: May 22, 2009 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Michael D. Anderson, Assistant United States Attorney, and Rodrigo Gonzales-Palmas, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for May 22, 2009, be vacated and rescheduled for status conference on June 5, 2009, at 9:00 a.m.

This continuance is being requested because defense counsel needs additional time to meet with defendant and for ongoing defense investigation and preparation.

///

IT IS FURTHER STIPULATED that the period from May 22, 2009, through and including June 5, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: May 21, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
RODRIGO GONZALES-PALMAS

Dated: May 21, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Matthew C. Bockmon for
_____
MICHAEL D. ANDERSON
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: May 21, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge