1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   RODRIGO GONZALES-PALMAS

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,        )  NO. CR-S-09-157 GEB
                                     )
13                    Plaintiff,     )  **STIPULATION AND [PROPOSED] ORDER**
                                     )  **CONTINUING STATUS CONFERENCE**
14       v.                          )
                                     )
15  RODRIGO GONZALES-PALMAS,         )  Date:  June 5, 2009
                                     )  Time:  9:00 a.m.
16                    Defendant.     )  Judge: Garland E. Burrell, Jr.
                                     )
17  _____ )

18

19       IT IS HEREBY STIPULATED AND AGREED TO between the United States of

20  America through Michael D. Anderson, Assistant United States Attorney,

21  and Rodrigo Gonzales-Palmas, by and through his counsel, Matthew C.

22  Bockmon, Assistant Federal Defender, that the status conference

23  presently scheduled for June 5, 2009, be vacated and rescheduled for

24  status conference on June 26, 2009, at 9:00 a.m.

25       This continuance is being requested because defense counsel needs

26  additional time to meet with defendant and for ongoing defense

27  investigation and preparation.

28  ///

1    IT IS FURTHER STIPULATED that the period from June 5, 2009,

2  through and including June 26, 2009, be excluded in computing the time

3  within which trial must commence under the Speedy Trial Act, pursuant

4  to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and

5  preparation of counsel.

6  Dated: June 4, 2009

                                              Respectfully submitted,
7
                                              DANIEL J. BRODERICK
8                                             Federal Defender

9                                             /s/ Matthew C. Bockmon

10                                            _____
                                              MATTHEW C. BOCKMON
                                              Assistant Federal Defender
11                                            Attorney for Defendant
                                              RODRIGO GONZALES-PALMAS
12

13

14 Dated: June 4, 2009

                                              LAWRENCE G. BROWN
15                                            Acting United States Attorney

16                                            /s/ Matthew C. Bockmon for

17                                            _____
                                              MICHAEL D. ANDERSON
                                              Assistant U.S. Attorney
18

19

20
                                  **O R D E R**
21

22 IT IS SO ORDERED.

23
   Dated:  June 8, 2009
24

25                           _____
                             GARLAND E. BURRELL, JR.
26                           United States District Judge

27

28

Stip & Order                              2